

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2016

No. 04-16-00431-CR

Crystal B. **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2757C
Honorable Ron Rangel, Judge Presiding

# O R D E R

    After this court granted appellant's first motion to extend time to file appellant's brief, the brief was due October 31, 2016. Appellant has now filed a second motion for extension of time, asking for another thirty days in which to file the brief. After review, we **GRANT** appellant's motion to extend time to file the brief and **ORDER** appellant to file the brief in this court on or before November 30, 2016.

_Marialyn Barnard_
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court